```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

LEONARD SALESKY,                :
                                :   Civil Action No. 10-4806 (JBS)
            Petitioner,         :
                                :
      v.                        :   **ORDER**
                                :
KAREN BALICKI, et al.,          :
                                :
            Respondents.        :


This matter having come before the Court by way of Motion for Reconsideration filed Petitioner Leonard Salesky, and the Court having considered the written submissions, and for the reasons set forth in the Opinion filed herewith,

IT IS on this __30th__ day of __August__, 2012,

ORDERED that the Clerk of the Court shall reopen this matter for the purposes of the Court's examination of Petitioner's Motion for Reconsideration (docket entry 29) by making a new and separate entry on the docket reading "CIVIL CASE REOPENED"; and it is further

ORDERED that Petitioner's Motion for Reconsideration, Docket entry No. 29, is hereby DENIED; and it is further

ORDERED that the Clerk of this Court shall close this case.


                                    **s/ Jerome B. Simandle**
                                    Jerome B. Simandle
                                    Chief Judge
                                    United States District Court